COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name **Payne    Kevin    L.**
      (Last)      (First)    (Initial)

Prisoner Number **F-70974**

Institutional Address **San Quentin State Prison**
**San Quentin, CA. 94974**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Kevin Payne**
(Enter the full name of plaintiff in this action.)

vs.

**City of Oakland, Mike Healy,
Oakland Police Chief Wayne
Tucker, Sergeant Mullix
and Alameda County**
(Enter the full name of the defendant(s) in this action))

Case No. **CV 08 1786**
(To be provided by the clerk of court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

WHA (PR)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement **San Quentin State Prison**

B.  Is there a grievance procedure in this institution?
    YES ( )    NO (✓)

C.  Did you present the facts in your complaint for review through the grievance procedure?
    YES ( )    NO (✓)

D.  If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                                    - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal  N/A

2. First formal level  N/A

3. Second formal level  N/A

4. Third formal level  N/A

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ( )    NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. After the shooting I went to the hospital, then directly to Santa Rita Co Jail Hospital. I was put in Administrative Segregation. I had no knowlege of how to file a claim or access to the law library.

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Kevin Lamont Payne, San Quentin State Prison, San Quentin, CA. 94974.

B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                                        - 2 -

1       place of employment.
2 Officer Mike Healy, Oakland Police Department
3 Chief of Police, Wayne Tucker, Oakland Police Department
4 Sergeant Mullix, Oakland Police Department
5 City of Oakland and Alameda County.
6         III.

7 Statement of Claim

8     State here as briefly as possible the facts of your case. Be sure to describe how each
9 defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 separate numbered paragraph.

12 On October 25th, 2005 I was almost killed when
13 Office Mike Healy of the Oakland Police Dept. shot me three
14 times, once in the Abdomen and once in both legs. I
15 was taken to Highland Hospital in Oakland. I was then
16 taken to Santa Rita County Jails Hospital, they then
17 told me I was charged with Attempted Murder on a
18 police officer. I was then placed in Administrative
19 Segregation. At the time of the shooting I was unarmed.

25 IV. Relief
26     Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28 I would like the court to have the defendants pay me in the Amount

COMPLAINT     - 3 -

1  of 7million dollars, severely and jointly.

7  I declare under penalty of perjury that the foregoing is true and correct.

9  Signed this 17th day of JANUARY, 2008

*Kevin Payne*
(Plaintiff's signature)

COMPLAINT                        - 4 -

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

INSTRUCTIONS FOR PRISONER'S
IN FORMA PAUPERIS APPLICATION

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

A.    Non-habeas Civil Actions

Effective February 7, 2005, the filing fee for any civil action other than a habeas is $250.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $250.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

B.    Habeas Actions

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $250.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER-Rev. 2/05

Kevin L. Payne Sr.
Q.S.P. -70974
San Quentin, CA
94964

SAN QUENTIN STATE PRISON

Att: Clerk of the United States District Ct
For Northern District of California,
450 Golden Gate Ave., Box 36060
San Francisco, CA
94102

USA FIRST-CLASS FOREVER (×4)