E-filing

FILED
08 APR -3 PM 12:06
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____ )
                               )  CV 08   1786
            Plaintiff,         )  CASE NO. _____ WHA
                               )
    vs.                        )  PRISONER'S
                               )  APPLICATION TO PROCEED
                               )  IN FORMA PAUPERIS
                               )                          (PR)
            Defendant.         )
_____ )

I, Kevin Payne, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes \_\_\_\_\_ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____    Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _Tactical Telesolutions, San Francisco, CA._
5  _____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or                Yes ___ No ✓
10         self employment
11    b.   Income from stocks, bonds,             Yes ___ No ✓
12         or royalties?
13    c.   Rent payments?                         Yes ___ No ✓
14    d.   Pensions, annuities, or                Yes ___ No ✓
15         life insurance payments?
16    e.   Federal or State welfare payments,     Yes ___ No ✓
17         Social Security or other govern-
18         ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.   Are you married?                          Yes ✓ No ___
24 Spouse's Full Name: _Ena Marie Payne_
25 Spouse's Place of Employment: _N/A_
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $ _N/A_                    Net $ _N/A_
28 4.   a.   List amount you contribute to your spouse's support:$ _N/A_

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  K.P. And E.P.
6  _____
7  5.  Do you own or are you buying a home?   Yes ____  No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?   Yes ____  No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ____ No ____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ____ No ✓ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No ✓
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ N/A                       Utilities: N/A
23 Food: $ N/A                       Clothing: N/A
24 Charge Accounts:
25 Name of Account         Monthly Payment         Total Owed on This Acct.
26 None                    $                       $
27                         $                       $
28                         $                       $           9.  Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  Court restitution.
4  _____
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ____  No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  1-17-08                              _Kevin Payne_
17     DATE                              SIGNATURE OF APPLICANT

1
2                                                      Case Number: _____
3
4
5
6
7
8
9                              **CERTIFICATE OF FUNDS**
10                                        IN
11                              **PRISONER'S ACCOUNT**
12                                    F 70974
13       I certify that attached hereto is a true and correct copy of the prisoner's trust account
14   statement showing transactions of _KEViN L. PAYNE_ for the last six months
15   at
16                                   [prisoner name]
17   _SAN QUENTIN_____ where (s)he is confined.
18             [name of institution]
19       I further certify that the average deposits each month to this prisoner's account for the
20   most recent 6-month period were $ _43.50_ and the average balance in the prisoner's
21   account each month for the most recent 6-month period was $ _43.50_ .
22
23   Dated: _3-24-08_                              _Terry Ward_
24                                              [Authorized officer of the institution]
25
26
27
28

-5-

```
REPORT ID: TS3030  .701                              REPORT DATE: 03/24/08
                                                     PAGE NO:            1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                              SAN QUENTIN PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: SEP. 24, 2007 THRU MAR. 24, 2008

ACCOUNT NUMBER : F70974                     BED/CELL NUMBER: H 0500000000014L
ACCOUNT NAME   : PAYNE, KEVIN LAMONT        ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                          TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE   DESCRIPTION     COMMENT      CHECK NUM    DEPOSITS    WITHDRAWALS    BALANCE
----    ----   -----------     -------      ---------    --------    -----------    -------
09/24/2007    BEGINNING BALANCE                                                        7.26
10/02  W415  CASH WITHDRAW  1307TITHES  187069205                         3.00         4.26
10/05*VD54  INMATE PAYROL  1368SEPT07               2.61                               6.87
10/19  W536  COPAY CHARGE   1588/COPAY                                    5.00         1.87


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 03/29/07                         CASE NUMBER:  153830
COUNTY CODE: ALA                                 FINE AMOUNT:  $   1,200.00
  DATE      TRANS.   DESCRIPTION                      TRANS. AMT.    BALANCE
  ----      ------   -----------                      -----------    -------
09/24/2007     BEGINNING BALANCE                                       1,149.44
10/05/07      VR54    RESTITUTION DEDUCTION-SUPPORT       2.88-        1,146.56

        * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
        * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                            TRUST ACCOUNT SUMMARY
  BEGINNING      TOTAL        TOTAL         CURRENT        HOLDS       TRANSACTIONS
   BALANCE      DEPOSITS    WITHDRAWALS     BALANCE       BALANCE      TO BE POSTED
  ---------     --------    -----------     -------       -------      ------------
     7.26         2.61          8.00          1.87          0.00           0.00


                                                            CURRENT
                                                           AVAILABLE
                                                            BALANCE
                                                           ---------
                                                              1.87
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 3-24-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Harris Ward_
TRUST OFFICE