KEVIN PAYNE - Pro se
F70974 /5H-14L
SAN QUENTIN STATE PRISON
SAN QUENTIN, CALIFORNIA 94974




**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re the matter of:<br><br>KEVIN PAYNE - F70974<br>Plaintiff,<br>v.<br><br>OFFICER MIKE HEALY, OAKLAND POLICE CHIEF WAYNE TUCKER, OAKLAND POLICE SARGEANT K. MULLNIX<br>Defendants. | Case No. C08-1786 WHA (PR)<br><br>NOTICE OF MOTION AND MOTION TO ATTEND |

As soon as the matter may be heard, the Plaintiff asks the court to grant and / or arrange the personal appearance in court of the Plaintiff, for a trial by jury pertaining to this matter, through transport by the California Department of Corrections. This request by the Plaintiff is submitted for the purposes of assuring presentation of adequate case elements, as they relate to evidence in the aforementioned matter.

The Plaintiff asks that his request(s) be granted to assure an equal vantage point from which to present his case, while being afforded the opportunity as a State Prisoner, to present the matters of this case, and thereby seek an appropriate resolution.

Dated this 29th day of July, 2008.

SAN QUENTIN STATE PRISON
SAN QUENTIN, CALIFORNIA 94974
KEVIN PAYNE - Pro se
F-70974 /5H-14L



Kevin Payne Sr.
F-10974
S.Q.S.P.
San Quentin, CA
94974

SAN QUENTIN NSF STATE PRISON

Legal Mail




Office of the Clerk U.S. District Ct.
Northern District of Calif.
450 Golden Gate Ave.
San Francisco, Calif 94102

9410293661 C004

c/o Thomsen 7-27-08