KEVIN PAYNE - F-70974
SAN QUENTIN STATE PRISON
SAN QUENTIN, CALIFORNIA 94974




**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

In re the matter of:

KEVIN PAYNE,
Plaintiff,

v.

POLICE OFFICER MIKE HEALY,
CHIEF WAYNE TUCKER,
SGT. K. MULLNIX
Defendants.

Case No. C08 1786 WHA (PR)

MOTION REQUESTING TRIAL BY JURY

As soon as the matter may be heard the Plaintiff asks the court to grant and / or arrange the personal appearance in court of the Plaintiff, for a trial by jury pertaining to this matter, through transport by the California Department of Corrections. This request by the Plaintiff is submitted for the purposes of assuring presentation of adequate case elements, as they relate to evidence in the aforementioned matter. Plaintiff submits this Notice and Motion also, to stand present [to a jury] oral testimony and to call witnesses during court procedures. Further, that there are elements of the case that the Plaintif believes would require collective consideration in rendering a fair and equitable resolution.

The Plaintiff asks that his request(s) be granted to assure an equal vantage point from which to present his case, while being afforded the opportunity as a State Prisoner, to present

the matters of this case, and thereby seek an appropriate resolution.

Dated this 31th day of July, 2008.

KEVIN PAYNE - Pro se
SAN QUENTIN STATE PRISON
SAN QUENTIN,
CALIFORNIA 94974

Kevin Payne Sr.
F-70974
S.Q.S.P.
San Quentin, CA
94974




Office of the Clerk U.S. Dist. Court
Northern District of Calif.
450 Golden Gate Ave.
San Francisco, Calif
94102

NSF SAN QUENTIN STATE PRISON

Legal Mail

94102+3661 C004

c/o S. Thornton

7.28.08