UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


KEVIN PAYNE,

                Plaintiff,

  v.

OAKLAND CITY OF et al,

                Defendant.

_____/

Case Number: CV08-01786 WHA

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Kevin L. Payne
644 Amberwood Way
Livermore, CA 94551

Dated: February 10, 2010

Richard W. Wieking, Clerk
By: D. Toland, Deputy Clerk